| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | AFFIDAVIT OF CONSPICUOUS SERVICE<br><br>SUMMONS IN A CIVIL ACTION & COMPLAINT |
| THE H ROLLER GROUP, LLC<br>Plaintiff<br><br>-against-<br><br>C & S GLOBAL, INC., CHANA ZAKON, SHIMON ZAKON & BARRY ROY FEERST<br>Defendant | INDEX NUMBER 1:20-CV-05268-NGG-RER<br><br>Lawfirm File #: THE H ROLLER GROUP<br>Client: Weinstein & Weinstein |

STEVEN PENA, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDE IN KINGS COUNTY, NEW YORK.

DEPONENT WAS UNABLE TO SERVE: **CHANA ZAKON** BY PERSONAL DELIVERY

AT **1446 44TH STREET BROOKLYN, NY 11219**

ON **12/04/2020** AT **09:57 AM** DEPONENT SERVED THE ATTACHED **SUMMONS IN A CIVIL ACTION & COMPLAINT**

[X] BY AFFIXING ONE TRUE COPY FOR EACH TENANT/OCCUPANT UPON A CONSPICUOUS PART, TO WIT-THE ENTRANCE DOOR

DEPONENT WAS UNABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WILLING TO RECEIVE AT THIS TIME OR DURING THE PRIOR ATTEMPTS MADE ON **11/23/2020** AT **08:48 PM** AND ON **11/25/2020** AT **02:18 PM**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **12/07/2020** WHEN DEPONENT CAUSED TRUE COPIES OF THE WITHIN **SUMMONS IN A CIVIL ACTION & COMPLAINT** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES, BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY ADDRESSED ENVELOPES STAMPED PERSONAL AND CONFIDENTIAL TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE.

SWORN TO BEFORE ME ON: **12/07/2020**

X_____
Steven Pena - Process Server License No: 2041748
**City Process Servers – Agency License No: 1470749**

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2024