UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SUBSTITUTE SERVICE

SUMMONS IN A CIVIL ACTION & COMPLAINT

THE H ROLLER GROUP, LLC
Plaintiff

-against-

C & S GLOBAL, INC., CHANA ZAKON, SHIMON ZAKON & BARRY ROY FEERST
Defendant

INDEX NUMBER 1:20-CV-05268-NGG-RER

Lawfirm File #: THE H ROLLER GROUP
Client: Weinstein & Weinstein

STEVEN PENA, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDE IN KINGS COUNTY, NEW YORK.

DEPONENT SERVED: **SHIMON ZAKON** BY SUBSTITUTE DELIVERY AT **1117 37TH STREET BROOKLYN, NY 11218**

ON **11/25/2020** AT **02:31 PM** DEPONENT SERVED THE ATTACHED **SUMMONS IN A CIVIL ACTION & COMPLAINT**

DEPONENT WAS ABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES / WORKS AT SAID PROPERTY AND WAS WILLING TO RECEIVE THE SAME AT THIS TIME

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:

| | | |
|---|---|---|
| SEX: **FEMALE** | SKIN COLOR: **WHITE** | HAIR COLOR: **BLACK** |
| AGE: **20 - 34 yrs** | HEIGHT: **5'4" - 5'8"** | WEIGHT: **100 - 129 lbs** |

NAME OF THE SAID INDIVIDUAL SERVED: **JANE DOE**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **11/27/2020** WHEN DEPONENT CAUSED TRUE COPIES OF THE WITHIN **SUMMONS IN A CIVIL ACTION & COMPLAINT** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY ADDRESSED ENVELOPES STAMPED PERSONAL AND CONFIDENTIAL TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE.

SWORN BEFORE ME ON: **11/27/2020**

X_____
Steven Pena - Process Server License No: 2041748
**City Process Servers – Agency License No: 1470749**

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2024