# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: November 16, 2020
Index # 1:20-cv-05268-NGG_RER

The H Roller Group, LLC — Plaintiff

against

C & S Global, Ind., et al — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __November 17, 2020__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

__C & S Global Inc__, the Defendant in this action, by delivering to and leaving with __Amy Lesch__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __46__   Approx. Wt: __195__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: _____

Sworn to before me on this
__17th__ day of November 2020

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6306636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
Attny's File No.
Invoice·Work Order # S1849176