

**New York State Unified Court System**

Skip To:   Content | Navigation

**Attorney Online Services - Search**

**Close**

## Attorney Detail Report *as of 02/01/2021*

| | |
|---|---|
| **Registration Number:** | 1612902 |
| **Name:** | BARRY ROY FEERST |
| **Business Name:** | BARRY R. FEERST |
| **Business Address:** | 194 S 8TH ST<br>BROOKLYN, NY 11211-6117<br>(Kings County) |
| **Business Phone:** | (718) 384-9111 |
| **Email:** | brfesq236@hotmail.com |
| **Date Admitted:** | 05/05/1976 |
| **Appellate Division Department of Admission:** | 2nd |
| **Law School:** | BROOKLYN |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Jun 2022 |

## Disciplinary History:

**Suspension**     **Effective Date:** 09/28/2010

**End Date:** 01/09/2013

*Ordered by Appellate Division 2nd Department*

View Possible Court Decisions Imposing Discipline

**Suspension**     **Effective Date:** 07/22/2009

**End Date:** 09/27/2010

*Ordered by Appellate Division 2nd Department*

View Possible Court Decisions Imposing Discipline



The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

 **Attorney Services**

Close